**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 297 WAL 2014
: 
Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
: 
v. :
: 
: 
: 
LAWRENCE E. LABRYER, :
: 
Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.